**EXHIBIT B**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE HEADWATERS,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>      Defendant. | Case No. |

**DECLARATION OF FRIENDS OF THE HEADWATERS MEMBER**

**LOWELL SCHELLACK**

Under penalty of perjury I, Lowell Schellack, declare the following to be true and correct:

1.      I make this declaration of my own personal knowledge. If called to testify as a witness, I can and will competently testify regarding the contents of this declaration.

2.      I am a current member of the Friends of the Headwaters (FOH) organization and I frequently donate to their causes. I am in alignment with the mission of FOH to protect our precious natural resources in Northern Minnesota including Itasca State Park, the Mississippi river, Minnesota's numerous lakes and streams, our drinking water, forests and wildlife.

3.      I live at 26239 US 71, Park Rapids, MN 56470. My residence is 1.5 miles from the proposed route for the Line 3 project.

2

4.      I frequent natural areas along and around the proposed route and plan to do so again. These areas include my hiking, walking, and recreating in and around Hay Creek and Two Inlets state forest. These activities are close to my heart and improve my wellness. I plan to continue recreating in these areas well into the future.

5.      The proposed construction of the Line 3 project will adversely affect my recreation and enjoyment of natural areas I frequent.

6.   Firstly, the project's proposed construction will permanently alter the hydrology of streams and wetlands in the above listed areas where I recreate. Hay Creek, in particular, will be crossed by directional drilling. Enbridge has to dig huge holes on both sides of Hay Creek to provide access for drilling equipment.  This creates an unsafe erosion and siltation scenario.  If they encounter ground water while digging, and they almost certainly will, dewatering by pumping may be required sending sediment downstream past my home. Also, "frac-outs" are certainly a potential danger. Stream crossings degrade water quality no matter what method is employed. This will negatively impact my ability to enjoy these pristine environments in their natural state.

7.      Secondly, the failure of the Army Corps to consider the environmental impacts of the Line 3 project as a whole make it more likely that this review is not comprehensive enough to protect against the risk of an oil spill in the environments in which I recreate. A spill from the Line 3 project would create a health hazard in the areas where I recreate and prevent me from using and enjoying the natural environment.

8.      Thirdly, I fear that a pipeline near my home will decrease my property value because there is an increased risk of an oil spill.

9.      Fourthly, if construction is permitted to proceed near my home I am also concerned about the numerous workers who will flood our county. We are already a coronavirus hotspot and I believe that this construction will worsen the pandemic in our area and jeopardize my health.

10.      Construction has begun and harm to these areas is imminent. I have seen in the media the clearing of trees and digging of trenches by Enbridge. Further, I have witnessed an increase in construction-related traffic around my home. I fear that FOH will not be able to defend my interests in court if construction is not halted while this appeal proceeds.

11.      For all these reasons, construction of the Line 3 project and failure to adequately assess its consequences has a direct, harmful, and consequential impact on my present and future interest in the use and enjoyment of the natural environment adjacent to the project. Harm to my aesthetic, recreational, and proprietary interests is imminent.

12.      An injunction preventing the project from proceeding with construction and an order directing the Army Corps of Engineers to more adequately assess the environmental risks associated with this project would redress any potential injury to my interests. With such relief, I rest assured that the project was carried out to the letter of the law designed to reduce impacts on the environment to a minimum.

I have authorized Friends of the Headwaters by and through its counsel to raise my concerns in this proceeding.

December 19, 2020                                             Respectfully submitted,

                                                             /s/ Lowell Schellack