# EXHIBIT C

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE HEADWATERS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | Case No. |

### DECLARATION OF FRIENDS OF THE HEADWATERS MEMBER ELIZABETH BAKER-KNUTTILA

Under penalty of perjury I, Elizabeth Baker-Knuttila, declare the following as true and correct:

1. I make this declaration of my own personal knowledge. If called to testify as a witness I can and will competently testify regarding the contents of this declaration.

2. I donate to and am a member of Friends of the Headwaters and I believe in their mission.

3. I live at 12029 Far Portage Drive, Park Rapids, MN 56470. My home on Portage Lake is less than 1.5 miles from the proposed pipeline which is slated to cross very near the west end of Portage Lake. I enjoy walking and biking along Far Portage Drive. Many of my elderly neighbors walk the road daily during every season. Others bike and drive 4-wheelers along this route.

4. Since there are 70 or more homes along Far Portage Drive, which is a narrow, winding and hilly road, I am very concerned about the letter I received from Enbridge regarding heavy truck traffic along this route. I have noted some non-local traffic on the road, some heavier trucks lately. Heavy truck traffic on this road would cause excessive wear and likely raise my taxes for maintenance/renewal. Further, I am concerned about my safety when walking along the rural roads near the proposed route.

5. My children, grandchildren, niece and nephew visit me with their families including young children. They all enjoy activities on the lake. Those activities include: fishing, skiing, tubing, kayaking, and photography along with cross country skiing and ice fishing during winter months. With family and friends, I also frequent Itasca State Park and the LaSalle Lake Recreation Area so I am also very concerned about the threats posed to both of those areas.

6. I am concerned about a spill and its effect on property values as well. A spill would lessen the value of my home/lot on this lake.

7. As Portage is a shallow lake, a spill or erosion from construction activities will readily contaminate this lake. The tamarack swamp at the far west end of the lake would likely be destroyed when a spill or construction erosion and sedimentation occur.

8. Sedimentation from ongoing construction and the risk of a spill poses a threat to my drinking water, too. My drinking water is obtained from a well located on the property. I am concerned about possible contamination of my drinking water as well.

9. As I noted, there is already construction traffic on my street. I am concerned about the fragmentation of the woods along the proposed routing for a work road at the end of Far Portage Dr. There are some truly lovely trees and it is quite heavily wooded. If construction proceeds, it will be hard for me to enjoy this lovely area in its natural state.

I have authorized Friends of the Headwaters by and through its counsel to raise my concerns in this proceeding.


December 19, 2020                                             Respectfully submitted,

                                                              /s/ Elizabeth Baker-Knuttila