**EXHIBIT D**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE HEADWATERS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | Case No. |

### DECLARATION OF FRIENDS OF THE HEADWATERS MEMBER MAURICE SPANGLER

Under penalty of perjury I, Maurice Spangler, declare the following to be true and correct:

1. I make this declaration of my own personal knowledge. If called to testify as a witness I can and will competently testify regarding the contents of this declaration.

2. I'm a member of Friends of the Headwaters and enjoy recreating in Minnesota's natural treasures: Itasca State Park, the Mississippi River, all of our state's lakes and streams, and our beautiful forests and wetlands.

3. I live at 15995 Freedom Dr. Park Rapids, MN 56470. My residence is 5.3 miles east of where Line 3 will pass near the west end of Portage Lake and about 7.5 miles as the crow flies from where Line 3 is proposed to go under Hay Creek. Water from both Portage Lake and Hay Creek flows into Fish Hook Lake.

4. My children, grandchildren and I swim and recreate in Fish Hook Lake in the summer. I frequently ski along the Soaring Eagle Ski trail which is one mile east of where Line 3 would cross under Hay Creek. Further, I irrigate my garden with water from Fish Hook Lake. I plan to continue to undertake these activities well into the future.

5. The project's proposed construction will permanently impact the hydrology of Hay Creek as well as other streams, lakes and wetlands in this region where I recreate. This will negatively impact my ability to enjoy this pristine environment in its natural state in the future. This alteration will occur soon and cannot be fixed by filling in a trench – it will be permanent.

6. I am concerned that this creates an unsafe erosion and siltation scenario where I recreate and creates risks to groundwater silt contamination. This concerns me because it could contaminate my 50ft deep well and my drinking water.

7. Further, the rushed process for permitting and construction makes accidents like an oil spill more likely. Such a spill would have obvious consequences – it would decrease my property value and be a threat to my health.

8. I believe that if this pipeline is not stopped I will be harmed. This pipeline could affect my ability to enjoy my property and the environment where I like to recreate. I plan to continue to recreate and live in this area.

I have authorized Friends of the Headwaters by and through its counsel to raise my concerns in this proceeding.

December 21, 2020                                                                                          Respectfully submitted,

/s/ Maurice Spangler