**EXHIBIT E**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE HEADWATERS, | |
| Plaintiff, | Case No. |
| v. | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | |
| Defendant. | |

## DECLARATION OF FRIENDS OF THE HEADWATERS MEMBER
## DOUGLAS RASCH

Under penalty of perjury I, Douglas Rasch, declare the following to be true and correct:

1.      I make this declaration of my own personal knowledge. If called to testify as a witness I can and will competently testify regarding the contents of this declaration.

2.      I am a member of Friends of the Headwaters and I believe in the work that they do. I donate to FOH as well.

3.      I live at 143003 191st Ave., Clearbrook, MN 56634. My residence is 250 feet east of where Line 3 will pass immediately adjacent to our property south of Clearbrook.

4.      This pipeline location is having a direct impact on us and our property. As I sit here in the house, I can hear the agonizing and murderous roar of the pipeline machines just to our west.

2

5.      Line 3 will affect my ability to enjoy my property and recreate in the surrounding area in peace.

6.      The project's proposed construction will permanently alter the forest near my home when Enbridge clears the trees for their corridor. Removing that swath of trees will open up our forest to the impact of winds like it has never experienced since all of the trees have grown and adapted to the strength and resistance to wind the collective forest community provides. We will no doubt see much new wind damage and blowdowns with the first storms of 2021. This impact will be permanent.

7.      The second impact would be to the wetland it will go through. We share this wetland with the adjacent property. The USFWS has a permanent easement on this wetland to maintain its wetland characteristics, values and functions. Even the building of the pipeline will of course have impacts, not to mention the impacts in case of a spill.

8.      I also fear that our property value will go down because of how close the pipeline is to our house and how dangerous a spill can be. And during construction, our land will be subject to the dust and debris from any winds and/or storm effects.

9.      It almost goes without saying that this pipeline will advance climate change which is already altering the ecosystem on my property and the surrounding area. These climate change effects will prevent me from enjoying my home in its natural state.

I have authorized Friends of the Headwaters by and through its counsel to raise my concerns in this proceeding.


January 5, 2021                                          Respectfully submitted

                                                         /s/ Douglas Rasch

3