**EXHIBIT F**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE HEADWATERS,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>　　Defendant. | Case No. |

**DECLARATION OF FRIENDS OF THE HEADWATERS [ADD TITLE] RICHARD SMITH**

Under penalty of perjury I, Richard Smith, declare the following to be true and correct:

　　1.　　I make this declaration of my own personal knowledge. If called to testify as a witness I can and will competently testify regarding the contents of this declaration.

　　2.　　I am a year-round resident of Hubbard County, Minnesota.

　　3.　　Friends of the Headwaters is a not-for-profit membership-based 501(c)(3) organization.

　　4.　　Friends of the Headwaters is a local citizen's group organized for the purpose of protecting our precious resources: Itasca State Park, the Mississippi River, our clean lakes and trout streams, the aquifer for our drinking water, our forests and wildlife from the potentially

devastating impacts that will occur if the Enbridge Line 3 pipeline is constructed on the currently proposed route in Hubbard, Clearwater, Cass, Aitkin and Carlton Counties.

5. My role with Friends of the Headwaters is president.

6. Members of Friends of the Headwaters are those who participate in our programming, advocacy, and donate to our work. All members volunteer their time and resources to advance our causes. All members work from their homes.

7. The mission of Friends of the Headwaters is to preserve and protect the environment of the Mississippi River Headwaters Region as well as the Lake Superior watershed from environmental risks.

8. In particular, Friends of the Headwaters was formed to educate the public about the risks of oil pipeline projects in the Mississippi River Headwaters region and to Minnesota's pristine lake country including the construction of the proposed Enbridge Line 3 pipeline.

9. Friends of the Headwaters believes that without thorough agency review of the risks associated with this project the interest of its members and its organizational mandate are harmed because the public and membership are robbed of the opportunity to fully understand the environmental detriments of this project.

10. We believe that with such a review this project would not be approved. Therefore Friends of the Headwaters and its membership has initiated this action to advance and protect its organizational mission and the interests of its membership.

I have authorized Friends of the Headwaters by and through its counsel to raise my concerns in this proceeding.

January 14, 2020                                                            Respectfully submitted,

                                                                            /s/ Richard Smith

4