UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDS OF THE HEADWATERS,**<br><br>          **Plaintiffs,**<br><br>     v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS,**<br><br>          **Defendant.** | **Case No.** 1:21-cv-00189-CKK |

PROOF OF SERVICE

    I, Ariel Salmon, certify and declare that I am over the age of 18 years, employed in the County of Cook, State of Illinois, and not a party to the above-entitled cause. On Tuesday, January 26th, 2021, I served a true copy of **Summons in a Civil Action and Complaint for Declaratory and Injunctive Relief** by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

US Attorney General Jeffrey Rosen
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

US Army Corps of Engineers
441 G Street NW
Washington, DC 20314-1000

Colonel Karl Jansen
U.S. Army Corps of Engineers
St. Paul District,180 5th St. E., Suite 700
St. Paul, MN 55101

US Attorney for D.C. Michael R. Sherwin
555 4th Street NW
Washington, DC 20004

Place of Mailing:  Executed on January 26, 2021 at 2600 E Southlake Blvd. Ste 120. Southlake, TX 76092.

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, District of Columbia.

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ *Ariel Salmon*

Ariel Salmon, Legal Assistant

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

| | |
|---|---|
| _____ | _____ |
| *Signature* | *Party Served* |

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**