**EXHIBIT G**

# APPENDIX E

**ENVIRONMENTAL ASSESSMENT**

**408 REQUEST TO INSTALL LINE 3 REPLACEMENT PIPELINE
ACROSS THE LOST RIVER**

**RED LAKE COUNTY, MINNESOTA**

**NOVEMBER 2020**

# ENVIRONMENTAL ASSESSMENT

## 408 REQUEST TO INSTALL LINE 3 REPLACEMENT PIPELINE ACROSS THE LOST RIVER

Table of Contents

1 INTRODUCTION ........................................................................................ 1

 1.1 Background .................................................................................... 1

 1.2 Purpose and Need ........................................................................ 2

 1.3 Authority ....................................................................................... 2

2 PROPOSED AND ALTERNATIVE ACTIONS .......................................... 2

 2.1 Requester's Preferred Alternative ................................................ 2

 2.2 No Action Alternative .................................................................... 4

3 AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES .................. 4

 3.1 Natural Resources ........................................................................ 5

  3.1.1 Air ......................................................................................... 5

  3.1.2 Geology and Soils ................................................................ 6

  3.1.3 Floodplain ............................................................................ 6

  3.1.4 Water Supply ........................................................................ 7

  3.1.5 Vegetation ............................................................................ 7

  3.1.6 Wetlands .............................................................................. 8

  3.1.7 Aquatic Resources .............................................................. 8

  3.1.8 Water Quality ....................................................................... 8

  3.1.9 Fish and Wildlife .................................................................. 8

  3.1.10 Endangered Species ......................................................... 9

 3.2 Social and Economic .................................................................... 9

  3.2.1 Noise .................................................................................... 9

  3.2.2 Aesthetics ............................................................................ 9

  3.2.3 Recreational Resources ...................................................... 9

  3.2.4 Environmental Justice ......................................................... 9

 3.3 Cultural Resources ....................................................................... 9

 3.4 Cumulative Effects ...................................................................... 10

 3.5 Mitigation .................................................................................... 10

4 RELIABILITY AND SAFETY .................................................................. 10

 4.1 Pinhole Releases ........................................................................ 10

4.2     Worst-case Scenario Discharge ................................................................................10

4.3     Effects of an Accidental Release on the Aquatic Environment ...................................12

4.4     Effects of an Accidental Release on the Human Environment....................................13

4.5     Spill Prevention, Leak Detection, and Spill Response Measures................................15

4.6     Operator Safety ........................................................................................................16

5       Public Notice ...........................................................................................................17

6       Selected Alternative and Conclusion ........................................................................17

7       References................................................................................................................17

# ENVIRONMENTAL ASSESSMENT

## 408 REQUEST TO INSTALL LINE 3 REPLACEMENT PIPELINE ACROSS THE LOST RIVER

# 1   INTRODUCTION

## 1.1   Background

The Line 3 replacement (L3R) project consists of approximately 355 miles of new 36-inch diameter pipeline traversing the states of North Dakota, Minnesota, and Wisconsin, and terminating at the existing Enbridge Superior terminal facility near Superior, Wisconsin. The project would cross the Lost River at milepost 885.8 (river mile 23) in Red Lake County, Minnesota in Township 150 Range 41 Section 1. The Flood Control Act of 1958 authorized a flood control project on the Lost River from the confluence of the Lost and Clearwater Rivers (river mile 0.0) and extending upstream to approximate river mile 43.3 (Figure 1). The L3R project preferred route at the Lost River crossing is co-located with Enbridge's mainline system where seven other pipelines occur, including the existing Line 3. Enbridge is the Requester and operator of the current Line 3 pipeline.



Figure 1. Limits of the federal flood control project

1

The L3R project requires a Clean Water Act Section 404 permit for the discharge of dredged or fill material into waters of the U.S. As such, impacts associated with the discharge of fill material are addressed through the Section 404 permit process.  See the decision document, to which this Appendix is attached ("regulatory decision document.")

## 1.2   Purpose and Need

Enbridge proposes that the existing Line 3 integrity issues be addressed by replacing then retiring and decommissioning the existing Line 3. For additional information on purpose and need, see Section 3.0 of the regulatory decision document.

## 1.3   Authority

The authority to grant permission for temporary or permanent use, or the occupation or alteration of any USACE civil works project is contained in Section 14 of the *Rivers and Harbors Act* (RHA) of 1899, as amended, codified at 33 USC 408 (Section 408). Section 408 authorizes the Secretary of the Army to grant permission for the alteration or occupation or use of a USACE project if the Secretary determines that the activity would not be injurious to the public interest and would not impair the usefulness of the project.

## 2   PROPOSED AND ALTERNATIVE ACTIONS

For NEPA compliance for Section 408 requests, reasonable alternatives required by 40 CFR Part 1502.14 should focus on two scenarios: 1) no action (i.e., no proposed alteration in place) and 2) action (i.e., proposed alteration in place). Other alternatives not carried forward for further analysis are described in Section 5.0 of the regulatory decision document. For the purpose of this analysis, only the No-Action Alternative and the Requester's Preferred Alternative were evaluated.

## 2.1   Requester's Preferred Alternative

As shown in Figures 2 and 3, Enbridge is proposing to install the L3R pipeline at the Lost River crossing using a dry crossing method (dam and pump or flume). A span bridge with in-stream support will be installed to transport heavy construction equipment across the river. A flume pipe is proposed to provide the support which will not impede flow of the river. The bridge timber mats will be cabled together and anchored to the riverbank. Enbridge plans to commence construction as soon as all construction related regulatory approvals are obtained but will adhere to the Minnesota Department of Natural Resources timing restriction of March 15 through June 30 for no in-channel work. Enbridge plans to complete all in-stream construction activities at the Lost River crossing within 48 hours. Stabilization and restoration will occur immediately following the installation of the pipeline; once the stream banks are stabilized, the dams and pump or flume have been removed. The temporary bridge will be maintained until final cleanup and restoration is completed adjacent to the crossing location.

The installation of the pipeline at the Lost River crossing will occur after mainline pipeline construction on either side of the river is completed and will then be tied-in to the mainline pipeline. Trench dewatering is often necessary when a section of pipe installed under the stream is being tied-in to the pipeline. During the tie-in process, water will be pumped into a filtration device located in a well-vegetated area and in a manner to prevent the migration of heavily silt laden water into waterbodies or wetlands. Additional temporary workspace (ATWS) is required outside of the typical construction workspace adjacent to the Lost River crossing to stage equipment, store prefabricated pipe, and to hold spoil material associated with the crossing. Enbridge will also use ATWS to accommodate equipment and resources used for

appropriating and discharging water to complete activities. On the east side of the Lost River, the proposed ATWS would be 150-foot by 150-foot (0.5 acre) and 35-foot by 250-foot (0.2 acre) on the west side of the river. ATWS will be set back approximately 50 feet from the river. Once the pipeline has been welded and inspected, and the trench has been backfilled, the pipeline will be hydrostatically tested[1] to ensure its integrity prior to the line being filled with crude oil and placed into service. The construction workspace will then be cleaned up and restoration activities will commence. Restoration will include implementing temporary and permanent stabilization measures, such as slope breakers, mulching, and seeding. Winter construction is currently planned and would be completed by March 15. If additional streambank stabilization and restoration is needed, that work may occur outside the in-channel time restriction window.



Figure 2. Line 3 Replacement site plan at Lost River crossing.

---

[1] Hydrostatic testing is a process of verifying the integrity of the pipeline before it is placed into service. Hydrostatic testing involves filling the pipeline with water to a designated pressure and holding it for a specified period of time.

## 2.2    No Action Alternative

The No-Action Alternative would result in the Line 3 pipeline not being replaced at the Lost River. The Enbridge Integrity Management Program, comprising inspections, repair, and maintenance, has detected a high amount of corrosion and long-seam cracking along the existing Line 3 pipeline. The pipeline is deteriorating at an accelerating rate[2] and the continued operation of the existing Line 3 poses a risk for accidental release and environmental damage. Currently, there is no feasible technology or operational changes that can stop or reverse the external corrosion on Line 3 and/or remove the defects that were inherent in the way the pipe was originally manufactured. The No-Action Alternative would pose a greater risk of accidental release and subsequent environmental damage than the proposed L3R.



Figure 3. Line 3 Replacement construction plan for Lost River crossing.

## 3   AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES

Although the L3R project is 355 miles, per EC 1165-2-220, the affected environment for the RPA is limited to the area of the federal project (Lost River crossing; 50-foot length x 95-foot width) and 0.7 acres of ATWS. This section focuses on the environmental effects of pipeline construction. All impacts associated with the discharge of fill material into a water of the U.S. are discussed in the regulatory decision document. For environmental effects of an accidental

---

[2] Administrative Law Judge Report at findings 315–21, including reference to "[a] 2014/2015 study [that] revealed that over 70 percent of the pipeline's 140,000 joints currently exhibit external corrosion. This study showed that corrosion deeper than 50 percent of the pipe wall thickness would affect over 3,000 joints by 2016; and that over 25,500 pipe joints will have corrosion depth of 50 percent or more by 2030." (citations omitted) The ALJ credited this evidence of the risk posed by deterioration of Existing Line 3, finding "the integrity risk that Existing Line 3 will continue [to] pose to the state" to be a significant issue. *Id.* at finding 835.

release related to the No-Action Alternative or RPA, see Section 4 of this Appendix. An Environmental Impact Statement (EIS) was completed by the Minnesota Department of Commerce (MDC 2019) for the L3R project which is referenced herein and can be found at: https://mn.gov/commerce/energyfacilities/line3/.

## 3.1   Natural Resources

Enbridge conducted waterbody field surveys within the L3R environmental survey corridor between 2013 and 2017 to delineate waterbody features at crossing locations and describe their attributes (e.g., width, flow regime, bed characteristics, and dominant vegetation). The Lost River crossing was initially surveyed on October 2, 2014. The crossing location has a perennial flow regime and is within the Clearwater River watershed (Hydrologic Unit Code 9020305); refer to Table 1 for additional information.

Enbridge identified wild rice (*Zizania palustris*) as the dominant vegetation present along the edges of the crossing. Enbridge conducted an additional field review effort on October 6, 2017 to confirm and document the presence of wild rice at the Lost River crossing. The wild rice occurs at and adjacent to the proposed crossing location as well as within Enbridge existing mainline system corridor. The Lost River is not currently identified as a wild rice water by the Minnesota Department of Natural Resources or the Minnesota Pollution Control Agency (MDNR 2017; MPCA 2016).

The immediate upland area adjacent to the Lost River consists of herbaceous vegetation, cropland and a few trees. The L3R would be co-located with Enbridge's mainline system where seven other pipelines occur in this area.

Table 1. Lost River crossing attributes.

| Table 1.2-1 Lost River Crossing Attributes | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MP | Feature ID | Top-of-Bank Width (feet) | Crossing Length (feet) | OHWM Width (feet) [a] | OHWM Depth (feet) [b] | Agency Designation | Proposed Crossing Method | Construction Timing Restriction [c] | Bridge Type |
| 885.5 | s-150n41w1-b | 80 | 50 | 50 | 3 | MDNR PWI | Dry Crossing | PWI Cool/Warm Water Fishery - No in-channel work from March 15 - June 30 | Span - instream support |

[a]     Width of the channel in feet between the Ordinary High-Water Mark (OHWM) on both channel banks.
[b]     Estimated or measured channel depth in feet from the OHWM to the channel bed.
[c]     Timing restrictions are based on anticipated state agency permit conditions.
MDNR – Minnesota Department of Natural Resources
PWI – Public Water Inventory

### 3.1.1   Air

The U.S. Environmental Protection Agency (EPA) is required by the Clean Air Act to establish air quality standards that primarily protect human health.  These National Ambient Air Quality Standards (NAAQS) regulate six criteria pollutants across the United States.  When an area meets the standard for each of the six pollutants, it is called an "attainment area" for that contaminant.  Areas that do not meet the standards are called "nonattainment areas".  Red Lake County, Minnesota is classified as an attainment area for each of the six criteria pollutants and is therefore not considered an area of impaired ambient air quality (USEPA 2020).

No-Action Alternative – The No-Action Alternative would have no effect on air quality.

Requester's Preferred Alternative – Pipeline construction causes air pollution primarily through emissions from construction equipment (i.e., non-road engines), mobile sources (i.e., vehicles), and construction-related activities (i.e., burning, blasting, and road travel). Dust generated from construction activities would be minimized by wetting soils on the right-of-way. Air emissions from construction would result in localized minor, short-term (2 days) and temporary impacts. Under normal operations, oil pipelines emit small amounts of fugitive emissions (MDC 2019). See also Section 7.5 of the regulatory decision document.

### 3.1.2  Geology and Soils

Soils within the project area have been previously disturbed during construction and/or maintenance on existing pipelines within the area. Soils in the ATWS consist of Vallers loam which is classified as prime farmland if drained and Reiner fine sandy loam which is prime farmland. Riparian soils are Bowstring-Fluvaquents complex which are frequently flooded.

No-Action Alternative – The No-Action Alternative would have no effect on geology or soils.

Requester's Preferred Alternative – The project would disturb approximately 0.7 acres of soils for the ATWS. Heavy equipment passage, grading of the right-of-way, and transport of pipe sections may compact soils. Compacted soils impede penetration of plant roots, which affects reestablishment of plant communities after construction activities are completed. Soil compaction also reduces pore space and infiltration within the soil, leading to increased runoff that can further promote erosion (MDC 2019).

Modifications to topography from pipeline installation would be temporary, localized and minor. At the close of construction, effected areas would be restored to the natural contour of any slopes and drainage patterns. After pipe installation is complete, backfilling and regrading of the right-of-way would return the disturbed surface to pre-project conditions (MDC 2019).

Minor, localized, and temporary modifications to topography may take place during construction of temporary material storage yards, contractor yards, and temporary access roads. Disturbed areas would be re-graded at the close of construction, and surfaces would be returned to their pre-project elevations, in accordance with Best Management Practices. Differential settling of the land surface may occur in the months following regrading, but impacts would be negligible (MDC 2019).

### 3.1.3  Floodplain

The Lost River crossing traverses approximately 110 feet of the designated 100-year floodplain along the Lost River (DNR digitized data from the original Flood Insurance Rate Maps available through Minnesota Geospatial Commons).

No-Action Alternative – The No-Action Alternative would have no effect on the floodplain.

Requester's Preferred Alternative – The project does not include any permanent or above ground structures located within the floodplain. Construction of the Lost River crossing will not result in any permanent changes to the existing floodplain grade or contours.

As described in Section 1.3 of the Environmental Protection Plan, Enbridge will monitor upcoming weather reports to determine if significant rainfall is anticipated during construction activities. Significant rainfall is defined as a predicted precipitation event of 0.5 inch or greater within a 24-hour period at a given location. Should a significant rain event occur, Enbridge will review site specific conditions to determine wet weather shutdown. Conditions that may result in

a wet weather shutdown include extensive surface ponding, or increased potential for mixing of topsoil and subsoil.

If construction activities are scheduled to take place during an expected precipitation event, Enbridge will evaluate the planned activity and current ground conditions along with the weather forecast to determine if postponing the activity until the weather forecast improves is necessary. This includes evaluating the potential for high flow conditions at waterbody crossings. In addition, if wet weather-related conditions persist (excessive surface ponding, increased potential for mixing of topsoil and subsoil, high water levels, etc.) subsequent to a precipitation event, Enbridge will postpone the construction activity until site conditions improve.

### 3.1.4  Water Supply

The ATWS at the Lost River crossing is located 1,000 feet west of the boundaries of the Oklee Drinking Water Supply Management Area. Enbridge provided a notification and updated project description to the Oklee Drinking Well Supply Management Area on October 31, 2018. The No-Action and Requester's Preferred Alternatives would have no effect on the water supply. See also Section 7.16 of the regulatory decision document.

### 3.1.5  Vegetation

On the east side of the Lost River, the proposed ATWS is located on private land within an open area that is mixed herbaceous and cropland. The ATWS located on the west side of the river is also within an herbaceous mowed open area on private land to the north and land owned by the City of Oklee to the south. This ATWS abuts a small forested area to the north. As described in Section 3.1, wild rice is present at the Lost River crossing.

No-Action Alternative – The No-Action Alternative would have no effect on vegetation.

Requester's Preferred Alternative – Short-term minor impacts are expected as a result of clearing and grading within the ATWS (0.7 acres). Disturbed soil in cleared construction and work areas would be susceptible to invasion by noxious weeds and invasive plants that already occur within the vicinity. Establishment of these species often inhibit regeneration of native plants. The Requester's Environmental Protection Plan details noxious weed and invasive plant control measures for construction, and management of noxious weeds and invasive species for the operational life of the pipeline. The Requester would be required to manage all noxious weeds for which federal, state, or local agency management policies or regulations exist. Measures to ensure that the spread of weeds is minimized include equipment cleaning, use of weed-free mulch, and use of weed-free seed mix. Consequently, impacts from the spread of noxious weeds and invasive plants during construction would be short term and minor (MDC 2019). Approximately five trees would be cleared along the edge of the ATWS.

Permanent vegetation will be established in areas disturbed within the ATWS except in actively cultivated areas. The seed mixes for permanent seeding include native seed varieties commonly found and/or available from local seed distributors. Seed mixes were selected to augment revegetation via natural recruitment from native seed stock in the topsoil and are not intended to change the natural species composition (MDC 2019).

Wild rice is an annual emergent grass that re-establishes itself from seed each spring and its presence has been documented at the Lost River crossing. The Lost River crossing has been heavily altered by not only the USACE flood control project in the 1960s but also the installation of multiple pipelines. The federal project involved snagging, clearing, enlarging, and straightening the channel as well as constructing eight-foot-tall banks. Pipelines installed at this

location were installed using trenchless methods.[3] Based on recent vegetation surveys of the Lost River crossing conducted by the Requester (see Section 3.1), wild rice continues to be present at the site. Given the history of pipelines and wild rice co-existing in the Lost River and the short construction timeframe, no long-term substantial, negative effects to wild rice are anticipated.

### 3.1.6  Wetlands

As shown in Figure 2, there are no wetlands within the defined Section 408 review area; therefore, the RPA and No-Action Alternatives would have no effect on wetlands.

### 3.1.7  Aquatic Resources

A description of the Lost River can be found in Section 3.1.

No-Action Alternative – The No-Action Alternative would have no effect on the Lost River.

Requester's Preferred Alternative – Installation of the L3R pipeline would have short-term, minor effects on the Lost River. See Sections 6 and 7 of the regulatory decision document.

### 3.1.8  Water Quality

The Clean Water Act Section 303(d) requires that each state review, establish, and revise water quality standards for all surface waters within the state. Waters that do not meet their designated beneficial uses because of water quality standard violations are considered impaired. The Lost River (MP 904.0 and MP 907.1) is impaired for *E. coli* under MPCA's list of 2018 impairments. *E. coli* is associated with animal feces.

No-Action Alternative – The No-Action Alternative would have no effect on water quality.

Requester's Preferred Alternative – Construction of L3R would not contribute to the current water quality impairment. Effects of the L3R construction are discussed in Sections 6.3.2, 6.3.3, 7.17, and 11.1 of the regulatory decision document. Minnesota Pollution Control Agency is the agency responsible for issuing Section 401 water quality certification. Section 401 water quality certification was issued on November 12, 2020.

### 3.1.9  Fish and Wildlife

Wildlife in the area would be typical of northwestern Minnesota and would include deer, small mammals, and birds. Fish species commonly found in the Clearwater River watershed include Trout, walleye, bluegill, catfish, and bass.

No-Action Alternative – The No-Action Alternative would have no effect on fish and wildlife.

Requester's Preferred Alternative – Installation of the L3R pipeline would temporarily displace fish and wildlife during construction; however, species would return after construction is completed. To avoid impacts to fish spawning, no instream work is allowed from March 15 – June 30. For additional information, see Sections 6.4.2, 6.4.3 and 7.10 of the regulatory decision document.

---

[3] Lee Rebuttal Testimony, MPUC Docket Noa. PL9/CN-14-916 and PPL-15-137, October 11, 2017, at pgs. 3-4, lines 61-90

### 3.1.10 Endangered Species

The U.S. Fish and Wildlife Service's Information for Planning and Consultation (IPaC) website was consulted on September 28, 2020 to determine if any threatened or endangered species occur within the Section 408 action area. The northern long-eared bat (*Myotis septentrionalis*; NLEB) was listed for the action area.

No-Action Alternative – The No-Action alternative would have no effect on endangered species.

Requester's Preferred Alternative – Approximately five trees would be cleared from the ATWS. Anticipated effects to the species from tree removal were consulted with USFWS under Section 7 of the Endangered Species Act, 16 USC §1533(d), through a Section 4(d) Rule Streamlined Consultation Form. See Section 6.4.1 of the regulatory decision document for additional details.

## 3.2    Social and Economic

### 3.2.1  Noise

Noise levels in and around the vicinity of the project area are commensurate with that of other small towns in northern Minnesota.

No-Action Alternative – The No-Action Alternative would have no effect on noise.

Requester's Preferred Alternative – The heavy equipment used to complete construction would create loud noises that could disturb wildlife and citizens. The use of heavy equipment on the site would only be for a short period of time, resulting in a temporary and minor adverse effect. Construction is expected to occur over a 48-hour period. Crude oil traveling through the buried pipeline would not be expected to emit audible noise above the surface.

### 3.2.2  Aesthetics

The Lost River crossing is in a relatively rural area of Minnesota. The No-Action Alternative and RPA would have no effect on aesthetics as the replacement pipeline would be located underground. See also Sections 6.6.4 and 7.4 of the regulatory decision document.

### 3.2.3  Recreational Resources

The area of the Lost River crossing could be used for recreational activities such as fishing. There are no public boat launches in the area for canoeing or kayaking.

No-Action Alternative – The No-Action Alternative would have no effect on recreation.

Requester's Preferred Alternative – During installation of the new pipeline, no recreational activities would be able to occur at the Lost River crossing; however, construction is expected to occur during the winter when recreational use of the river would be low. After construction is complete, recreation could resume. See also Sections 6.6.3, 6.6.4 and 7.9 of the regulatory decision document.

### 3.2.4  Environmental Justice

See Section 11.15 of the regulatory decision document.

### 3.3 Cultural Resources

See Sections 7.7, 7.8, 11.3, and 11.13 of the regulatory decision document.

## 3.4 Cumulative Effects

The Lost River crossing is an area that has been highly disturbed from past activities, including the installation of seven pipelines as well as implementation of the federal project when the channel was snagged, cleared, enlarged, and straightened, and eight-foot-tall banks were built. Construction of the RPA would have no cumulative effects. See also Section 9.0 of the regulatory decision document.

## 3.5 Mitigation

A special condition of the Section 404 permit specifies compensatory mitigation requirements. Additional mitigation discussion can be found in Section 8.0 of the regulatory decision document.

## 4 RELIABILITY AND SAFETY

### 4.1 Pinhole Releases

Enbridge funded a study on failure probabilities related to potential pinhole leaks (Stantec and Barr Engineering 2017). The study is available online on the DOC-EERA Project website (https://mn.gov/commerce/energyfacilities/line3/), on the Project eDockets site (Line 3 Route Permit PUC eDockets). Overall, the study concluded that pipelines monitored with supervisory control and data acquisition (SCADA) systems, in conjunction with computational pipeline monitoring or model-based leak detection systems, greatly lower the potential for long undetected releases.

### 4.2 Worst-case Scenario Discharge

Modeling of hypothetical worst-case discharge spill scenarios were conducted to provide insight into the behavior of different types of oils in the environments that are typical of Minnesota to help in the consideration of potential contingency planning requirements and to evaluate the range of potential environmental impacts of an accidental release. The modeling effort and subsequent results are discussed in Sections 10.3 and 10.4 of the State EIS as well as the technical report Assessment of Accidental Releases.

To accomplish this, eight representative sites across northern and central Minnesota, including the Lake Superior watershed, were carefully and deliberately selected to address a broad spectrum of terrain, land-cover types, watercourses, waterbodies, wetlands, associated freshwater and riparian habitat types, vegetation, environmentally-sensitive areas, and human land uses. Through modeling and assessment of effects at representative sites with different terrain, land-cover types, types of watercourses and water features, associated freshwater and riparian habitat types, vegetation, environmentally-sensitive areas, and human land uses, the combined assessments were intended to be used to consider the range of consequences that may be possible should there be an accidental release of crude oil along the proposed route or the proposed alternative routes for L3R. To identify the site(s) most similar to the Lost River crossing, the following information was provided by the requester.

Table 2 describes the eight representative sites as well as the Lost River crossing. Based upon the features identified in Table 2 and in the text below, the Lost River crossing at MP 885.8 is most similar to the Mississippi River at Palisade and Sandy River sites. Several aspects of the Shell River crossing to Twin Lakes (predominantly below the lakes and away from marsh and

wetland areas) and the Mississippi River at Ball Club (with the exception of the wetland areas) also align with the Lost River crossing.

Watercourse Width – The Lost River crossing at MP 885.8 is similar to several previously modeled watercourses that were assessed by RPS and Stantec (Stantec et al., 2017 & 2019). The Lost River consists of a sinuous and well-defined channel that has a nearly uniform width of approximately 10-20 m throughout most sections and is therefore classified in the equivalency table as a medium (10-50 m) watercourse. Other watercourses that were previously simulated with this width were the Mississippi River at Palisade (sinuous channel through forest), the Mississippi River at Ball Club (sinuous channel through marsh and forest), and the Shell River to Twin Lakes (sinuous channel through marsh and forest). However, the Shell River crossing did include marshy banks for the first 1 km before entering into Twin Lakes and downstream for several kilometers before transitioning slowly to predominantly forested banks. The Sandy River had similar widths (nearly 10 m) and a sinuous channel through agricultural and forested regions. Due to the absence of lakes and ponds, the Lost River may be considered more similar to the Sandy River than others. While Little Otter Creek did have medium width characteristics, this site was ruled out as an equivalent due to the increasing width (and different hydrographic features) as the creek entered the St. Louis River and ultimately Lake Superior.

Hydrology Features – The Lost River is generally slow moving, consisting of mainly flat water. River flow data from the National Hydrography Dataset (NHDPlus) and USGS gage (05078230) at Oklee, MN provide an understanding of low, average, and high monthly average river flows, with velocities of approximately 0.19 m/s (February), 0.35 m/s (July), and 0.69 m/s (April), respectively. These values closely align to those found at the previously modeled sites at crossings of the Mississippi River at Palisade, Mississippi River at Ball Club, and Shell River to Twin Lakes. Monthly average river velocities in the Sandy River were slightly lower (0.1-0.3 m/s slower, depending on the month) than those found at the Lost River. The Lost River could have some sections of minor rapids (under high river flow conditions) and small waterfalls downstream of the crossing. The falls appear to be natural in origin as a result of fallen trees and depositional features which have resulted in some turbulent sections. Further downstream, the Lost River flows into the Red Lake River, where there is an additional section of rapids in the Red Lake Falls region. Therefore, the Lost River crossing is most similar to the Mississippi River at Palisade location, which was predominantly flatwater, with a downstream point where enhanced turbulence over a waterfall had the potential to entrain oil at this location.

Identified Uses – The Lost River runs primarily through agricultural land, with herbaceous low scrub-shrub vegetation along either bank at the crossing itself. However, the riparian habitat along the riverbanks transitions rapidly to forested banks further downstream. In addition, wild rice was identified in the June 2018 field surveys at the crossing. The river passes through populated areas, including Oklee at the crossing and Red Lake Falls, further downstream. The Lost River and downstream Red Lake River are used for recreation, pass by and contain sensitive receptors, and have the potential to interact with drinking water sources (i.e., wellhead protection and drinking water supply management areas adjacent to the watercourse). Therefore, as before, the Lost River is most similar to the Mississippi River at Palisade, the Sandy River, and aspects of the Shell River to Twin Lakes and Mississippi River at Ball Club.

Table 2. Equivalency table of the previously modeled representative release locations as well as the Lost River crossing. Colored shading indicates attributes accreditable to each release location modeled.

| Representative Release Location* | | Mississippi River at Ball Club | Mississippi River at Little Falls | Mississippi River at Palisade | Mosquito Creek to Lower Rice Lake | Red River | Sandy River | Shell River Crossing to Twin Lakes | Little Otter Creek | Lost River |
|---|---|---|---|---|---|---|---|---|---|---|
| EcoProvince | | Laurentian Mixed Forest | East Broadleaf Forest | Laurentian Mixed Forest | Laurentian Mixed Forest | Prairie Parkland | Laurentian Mixed Forest | Laurentian Mixed Forest | Laurentian Mixed Forest | Tallgrass Aspen Parklands |
| **Site Features** | | | | | | | | | | |
| Hydrology Features | Ditch / Creek | | | | | | green | green | blue | |
| | Watercourse (stream / river) | green | green | green | green | green | green | green | blue | yellow |
| | Lake / Pond | | | | | | | | blue | |
| | Flat Water | green | | green | green | | | | blue | yellow |
| | Rapids / Falls | | green | green | | | | | blue | yellow |
| | Dams | green | green | | | | | | blue | |
| | Wetland / Marsh / Fen | | | | green | | green | | blue | |
| Watercourse Width | Small (<10 m) | | | | green | | | | blue | |
| | Medium (10-50 m) | green | | green | | | green | green | blue | |
| | Large (>50 m) | | green | | | green | | | blue | Red Lake River |
| Watercourse Features | Agricultural Land | | green | | green | green | green | | blue | yellow |
| | Forested Region | green | | green | green | | | green | blue | yellow |
| | Mississippi River | green | green | green | | | | | blue | |
| | Lake Superior | | | | | | | | blue | |
| | Urban Area | | green | | | | | | blue | |
| | Wild Rice | | | | green | | green | | blue | yellow |
| Identified Uses | Recreational | green | | green | green | | green | | blue | |
| | Drinking Water | | | | | green | | | blue | potential |
| | Populated Area | | green | | | | | | blue | |
| | Sensitive Ecosystem | green | green | green | green | | green | green | blue | yellow |
| Includes Overland Transport | | | | | green | | | | blue | |

## 4.3  Effects of an Accidental Release on the Aquatic Environment

When released into the environment, each type of crude oil exhibits unique behavior that depends on many factors. The primary factors that determine the fate of crude oil released into the environment (regardless of the transport mechanism from which it is released) include the chemical and physical differences between light and heavy crude oils, weathering of the oil over time, the type of environment into which oil is released (e.g., water versus soil), and the size of the spill. Section 10.2 of the final State EIS provides a detailed discussion on the behavior of crude oil in the environment.

As summarized in Sections 9.5.1 and 9.5.2 of the Assessment of Accidental Releases Technical Report, the effects of a crude oil release on benthic invertebrates and fish depend on the characteristics of the released crude oil and environmental conditions at the time of the release. Acute toxicity to fish is commonly but not always observed in association with crude oil releases. Where water flow in rivers is sufficiently rapid and turbulent to entrain crude oil as small droplets in the water, the potential for acute toxicity to fish (including eggs and embryos) and benthic invertebrates could be greater for the light crude oil than for heavier crude oils. There is also potential for phototoxicity from a crude oil release in summer due to high light intensity and long day length, especially for small fish that are lightly pigmented or transparent.

Amphibians (e.g., frogs, salamander), reptiles (e.g., turtles, snakes), birds (e.g., ducks, geese, shorebirds, raptors) and semi-aquatic mammals (e.g., muskrat, beaver, mink and otter) are present in many areas along the proposed pipeline route. If amphibians (adults, juveniles, or eggs) are directly exposed to crude oil, oiling effects, including mortality, could occur. Mortality of turtles is less likely, as these species appear to be relatively tolerant of external crude oil exposure. Reptiles like lizards and snakes are primarily terrestrial species and are less intimately associated with aquatic environments. During the winter (and likely up until April when winter ice is gone), amphibians and reptiles undergo a winter dormancy period and, as a result, would have a limited potential for exposure during the winter to released crude oil moving on the water surface or within the water column.

If exposed to external oiling, the ability of birds and mammals to maintain body temperature may be compromised, leading to death as a result of hypothermia. Birds and mammals that survive external oiling may experience toxicological stresses as a result of ingesting crude oil residues during preening/grooming or ingesting food. Birds can also transfer potentially lethal quantities of crude oil residue from their feathers to the external surface of eggs. Waterfowl and other semi-aquatic birds and mammals present in the affected rivers and lakes would be most affected. Animals upstream, farther downstream, or occupying other nearby habitats would likely be less affected, as it is assumed that emergency response measures to prevent or reduce further possible downstream transport of crude oil would be in place within 24 hours of the release. Timely capture and rehabilitation of oiled birds and mammals may help to mitigate the environmental effects of a crude oil release.

The effect of an accidental release on wild rice would depend on the life stage of the plant, as well as the trajectory and concentrations of the oil. When crude oil is released, high concentrations of hydrocarbons or crude oil in the sediment or low oxygen concentrations caused by microbial degradation of the oil could affect seed and/or plant viability. Crude oil deposition to sediment would likely be patchy resulting in patchy effects on a wild rice stand. For mature wild rice plants that have grown above the water surface, only plants coming into contact with the crude oil would be affected. Wild rice would be most sensitive during the floating leaf stage; however, after the stem has emerged from the water, contact between floating crude oil and the stem would be unlikely to result in plant death.[4]

The effects of a crude oil release on the aquatic environment as summarized above would be the same for the No-Action Alternative as well as the RPA.

## 4.4  Effects of an Accidental Release on the Human Environment

As summarized in Section 9.5.3 of the Assessment of Accidental Releases Technical Report, effects on air quality from a release of crude oils have the potential to temporarily disrupt human use and occupancy patterns. Light crude oils typically contain more volatile organic compounds

---

[4] Stephenson Rebuttal Testimony, MPUC Docket Noa. PL9/CN-14-916 and PPL-15-137, October 11, 2017, at pg. 17, lines 512-534

(VOCs) than heavier crude oils, although the VOC content of diluted bitumen may be similar to that of light crude oil, depending on the type and quantity of diluent used in its manufacture. Air quality and subsequent human exposure to VOCs in the vicinity of the release of crude oil would be most affected within the first 24 hours of the oil release. In the event of an actual release, emergency response workers, in cooperation with public health and safety officials, would be active in isolating, containing and recovering released crude oil, as well as notifying the public about the release.

Recreational activities would be disrupted following a release of crude oil along the predicted downstream trajectory of the release. Fisheries regulators and public health officials typically close fisheries until it is confirmed through monitoring that fish consumption is not a threat to public health. This standard approach is an effective mitigation strategy to protect human receptors from contact with constituents in the crude oil.

There are no known wells located within the Lost River crossing (Figure 4). The town of Oklee relies on the glacial buried artesian aquifer for municipal water supply. The Lost River crossing construction workspace is located 1,000 feet west of the boundaries of the Oklee Drinking Water Supply Management Area. Enbridge provided a notification and updated project description to the Oklee Drinking Well Supply Management Area on October 31, 2018.

The effects of a crude oil release on the human environment as summarized above would be the same for the No-Action Alternative as well as the RPA.



Figure 4. Water resources in the area of the Lost River crossing. Resources include: Drinking Water Supply Management Areas (DWSMA) and Wellhead Protection Areas (WHPA), surface water intakes and wells.

## 4.5 Spill Prevention, Leak Detection, and Spill Response Measures

### 4.5.1.1    Spill Prevention

Enbridge's integrity management program (IMP) is a key component to preventing crude oil releases. It includes highly sensitive tools that travel through and scan the internal and external conditions of the pipeline. Data collected are analyzed to identify integrity risks to the pipeline, such as corrosion or cracking, which could lead to a release of crude oil.

The proposed pipeline would have cathodic protection systems to prevent corrosion of pipes. Enbridge patrols all permanent pipeline rights-of-way by air at least 26 times per year (at maximum 3-week intervals). These inspections review conditions on or adjacent to the permanent right-of-way. Line walking inspections are also used, as warranted, to supplement aerial inspections in some areas. Enbridge regularly checks operation of isolating valves (at least twice per year) and equipment used to limit, regulate, control, or relieve pipeline pressure.

A component of Enbridge's IMP is the Geohazard Management Program, which monitors for extreme weather events and for potential pipeline exposures at flowing water crossings. When an inspection is triggered by an event (such as flooding), the regional engineering group is notified, and they deploy a local pipeline maintenance crew to make a visual site inspection. If the inspection finds damage within the permanent right-of-way, it is examined, and repair work is completed as needed on a site-by-site basis.

**Public Awareness Program**

Since third-party damage is a leading cause of pipeline releases, Enbridge has a comprehensive Public Awareness Program in place. Enbridge maintains this Public Awareness Program to improve public awareness of the presence of its underground pipelines and related facilities. As a part of the program, Enbridge installs aboveground markers to identify the presence of pipelines and identifies ways to prevent damage to the pipelines from excavating equipment. The program includes communication with local, state, and national officials and agencies; emergency responders; local fire and law enforcement departments; state pipeline safety and emergency management agencies; landowners along their pipeline rights-of-way; excavators; and others. Enbridge also facilitates face-to-face communication, advertising, e-campaigns, sponsorships, events, mailings, publications in local newspapers, and grants.

### 4.5.1.2    Leak Detection and Spill Response

In the event of a pipeline crude oil release, leak detection systems would be in place to alert the Control Center which is staffed by pipeline operators 24 hours a day, includes computerized pipeline control and computational monitoring systems that allow operators to monitor and remotely control the pipelines and related facilities. The amount of time required to identify a leak depends on the nature of the release. Large ruptures result in multiple leak triggers and alarms that notify the controller almost instantaneously. Small leaks are typically detected by the computational pipeline monitoring systems and the line balance calculation process, both of which are tuned to detect large and small leaks. The smaller the leak, the more time it takes for an alarm to be triggered by these systems. Additional details on leak detection and spill response can be found in the State EIS Section 10.5.3.1.

#### 4.5.1.2.1  Spill Response Challenges

Several spill response challenges include remote locations, aquatic environments and winter conditions.

In Minnesota, the Applicant's preferred route and route alternatives generally pass through rural, sparsely populated areas. Rural communities can face challenges regarding emergency preparedness and response, such as proximity to adequate response personnel and equipment, and may lack needed space, supplies, and staff to respond quickly and effectively to emergencies. If an oil spill incident becomes too large or complex for the responsible party's local and onsite capabilities, the regional or national response capabilities described above would be mobilized to support the response effort.

Oil released into aquatic environments can be difficult to contain and recover in large quantities, since water surface and weather conditions must be sufficiently calm to permit the selected equipment to function well and for response personnel to safely operate equipment. In addition, spilled oil must be recoverable with available skimmers and other equipment that would be used in waterbodies. Riverine currents can make spills particularly difficult to contain because oil can be rapidly carried to shorelines, wetlands, and flats. Some crude oil spills into waterbodies can sink, making it more difficult to detect, track, and map. In addition, submerged oil is often highly viscous, making it difficult to pump.

Winter oil spills may be harder to detect and more difficult to contain and recover due to the presence of snow and ice cover. An oil spill that results in oil reaching waterbodies during freeze-up or breakup may also be difficult to manage because ice may not be strong enough to support people or equipment. In rivers, spilled oil may be transported several miles under ice or in broken ice before it can be contained. If ice cover is not strong enough to support people and equipment, oil spilled underneath may be more difficult to detect, and it may be more difficult to implement rapid containment and cleanup at and near the spill site. Major flooding or adverse weather conditions (e.g., high winds, blizzards, and extreme cold) may also hinder spill response contractors from implementing timely and effective oil spill containment and clean-up operations. Enbridge and its response contractors have access to specialized response equipment in case of a spill during harsh winter conditions.

Additional information on spill response challenges can be found in Section 10.5.3.2 of the State EIS. Oil spill containment, recovery and clean-up techniques and equipment are described in State EIS Section 10.6.

## 4.6 Operator Safety

In July 2010, Enbridge's Line 6B failure released crude oil into Talmadge Creek and the Kalamazoo River near Marshall, Michigan. Based on the findings and recommendations of the National Transportation Safety Board investigation into the Marshall incident, and Enbridge's own investigation, Enbridge has made significant changes to improve the safety and reliability of its operations.

As outlined in Section V of the Updated Pipeline Safety Report (Enbridge 2017), Enbridge has invested and enacted many fundamental changes to its operation and philosophy related to safety and operational reliability following the Marshall incident. Some of the changes include:

- Revised and enhanced all Control Center procedures related to decision-making, handling pipeline start-ups and shut-downs, leak detection system alarms, communication protocols, and suspected column separations.
- Established a Pipeline Control Systems and Leak Detection department, doubling the number of employees and contractors dedicated to leak detection and pipeline control.
- Between 2010 and 2016, Enbridge ramped up its pipeline integrity programs to improve system safety and reliability. Enbridge conducted more than 900 in-line inspections, over 14,000 digs, and approximately 340 miles of pipeline replacement on the entire Enbridge pipeline system.

- Developed and launched the first annual Operational Reliability Review in 2013, creating a new standard for open and transparent communications with internal and external stakeholders about our safety and reliability performance and how we are working to become an industry leader.
- Developed the Emergency Responder Education Program, an online training tool, to help emergency responders and 911 call center personnel quickly and effectively respond to a pipeline emergency.
- Bolstered emergency response and preparedness efforts by holding 360 company-wide exercises, drills, and equipment deployment events in 2015, and 320 in 2016.
- Created the E3RT, a company-wide team of employees trained in emergency response and the Incident Command System, to respond to large-scale, long-term incidents beyond the response capacity of a single region or business unit.

The above measures, as well as those discussed in Section 4.5, will reduce the risk of a spill resulting in environmental and human impacts.

# 5   Public Notice

Per EC 1165-2-220, this Environmental Assessment has not been circulated for public comments, but a public notice soliciting input was issued on 20 December 2018 and expired on 21 February 2019 Agencies notified of the project include U.S. Environmental Protection Agency, U.S. Fish and Wildlife Service, Minnesota Department of Natural Resources and Minnesota Pollution Control Agency. A summary of comments received can be found in Appendix A of the regulatory decision document; however, no comments specific to the Lost River crossing were received.

# 6   Selected Alternative and Conclusion

This Environmental Assessment concludes that there are no significant cumulative or long-term adverse environmental impacts associated with the RPA, and the modification does not constitute a major Federal action significantly affecting the quality of the human environment. An Environmental Impact Statement will not be prepared for the proposed action.

# 7   References

Barr Engineering. 2017. Potential Effects of the Line 3 Replacement Project on Wild Rice – Revised. 92 pp.

Enbridge Energy, Limited Partnership. 2017. Line 3 Replacement Project Pipeline Safety Report. 271 pp.

Minnesota Department of Commerce. 2019. Final Environmental Impact Statement Line 3 Project. https://mn.gov/eera/web/file-list/13765/.  Accessed August 27, 2020.

Minnesota Department of Natural Resources. 2017. Wild Rice Locations on Lakes and Rivers Identified by DNR Wildlife. Geospatial dataset available online at: ftp://ftp.gisdata.mn.gov/pub/gdrs/data/pub/us_mn_state_dnr/env_wild_rice_lakes_rivers_wld/metadata/metadata.html. Accessed November 2017.

Minnesota Pollution Control Agency. 2016. MPCA wild rice waters database (wq-s6-43x). Updated July 19, 2016. Available online at: https://www.pca.state.mn.us/document/wq-s6-43xxlsx. Accessed November 2017.

Stantec Environmental Services, Inc. and Barr Engineering. 2017. Assessment of potential pinhole release report, Line 3 Replacement Project. January 13, 2017. https://mn.gov/commerce/energyfacilities/line3/.

Stantec Environmental Services, Inc., RPS/ASA, and Dynamic Risk Assessment Systems, Inc. 2017. Assessment of accidental release: technical report, Line 3 Replacement Project. January 13, 2017. https://mn.gov/commerce/energyfacilities/line3/.

Stantec Environmental Services, Inc. and RPS. 2019. Line 3 Replacement Project: Assessment of Accidental Releases: Technical Report.

U.S. Army Corps of Engineers. 2018. Policy and Procedural Guidance for Processing Requests to Alter U.S. Army Corps of Engineers Civil Works Projects Pursuant to 33 USC 408. Engineering Circular 1165-2-220.

U.S. Environmental Protection Agency (USEPA). 2020. Green Book National Area and County-Level Multi-Pollutant Information. Retrieved September 1, 2020, from https://www3.epa.gov/airquality/greenbook/anayo_mn.html.